JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CRUTCHFIELD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO INTERACTIVE, INC.,<br><br>Defendant. | Case No.: 2:17-CV-09087-AB-AGR<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ACTION IN ITS ENTIRETY WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)** |

Having considered the parties' joint stipulation for dismissal of the above-captioned action in its entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing therefor, IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated: 7/25/2018

_____
Hon. André Birotte, Jr.
U.S. District Court Judge

[PROPOSED] ORDER

3105183.1